1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,          )      No. CR-10-0881 WHA
                                       )
10                   Plaintiff,        )
                                       )      [PROPOSED] ORDER PERMITTING
11         v.                          )      DEFENDANTS TO POSSESS AUDIO
                                       )      PLAYER IN CUSTODY
12  JEVON EMILE MARSHALL, DAMON        )
    CLARENCE GRAYSON and LAVEAUX       )
13  DEROSANS,                          )
                                       )
14                   Defendants.       )
    _____)

15

16      TO:    UNITED STATES MARSHALL, ALAMEDA COUNTY SHERIFF, AND ALL
               SERGEANTS AND DEPUTY SHERIFFS AT THE GLENN E. DYER
17             DETENTION FACILITY AND SANTA RITA JAIL

18         Good cause appearing, it is HEREBY ORDERED that defendants Jevon Marshall,

19  Damon Grayson and Laveaux Derosans may each have in his possession at the Glenn E. Dyer

20  Detention Facility and/or Santa Rita Jail a non-AM/FM audio player (MP3 player or other form

21  of audio player and its media) directly associated with the above-captioned case.  The audio

22  player and associated equipment (headphones, media, etc.) shall be provided to each defendant

23  by his attorney.

24         IT IS SO ORDERED.

25  DATED: _____January 18, 2011._____          _____

26                                                WILLIAM H. ALSUP
                                                  United States District Judge