IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEVON EMILE MARSHALL, DAMON CLARENCE GRAYSON and LAVEAUX DEROSANS,<br><br>　　　　Defendants. | No. CR-10-0881 WHA<br><br>[PROPOSED] ORDER REQUIRING JOINT DEFENSE MEETING |

TO:   UNITED STATES MARSHALL, ALAMEDA COUNTY SHERIFF, AND ALL SERGEANTS AND DEPUTY SHERIFFS AT THE GLENN E. DYER DETENTION FACILITY AND SANTA RITA JAIL

Good cause appearing, it is HEREBY ORDERED that arrangements should be made to permit defendants Jevon Marshall and Damon Grayson, and their respective lawyers to have a joint contact visit on Friday, April 15, 2011 from 11:00 am - 2:00 pm. This meeting can be held either at the Glenn E. Dyer Detention Facility and/or at the Federal Building at 450 Golden Gate Avenue, San Francisco, CA. The U.S. Marshal Service shall inform defense counsel Jodi Linker of the location of the meeting by Thursday, April 14, 2011 at noon.

DATED: April 13, 2011.

_____
WILLIAM H. ALSUP
United States District Judge