1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0881 WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER RE: SCHEDULING |
| v. | ) | |
| | ) | |
| JEVON EMILE MARSHALL, DAMON CLARENCE GRAYSON and LAVEAUX DEROSANS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

At the last appeared before the Court on April 12, 2011, the Court set a briefing schedule for the defendants to file motions and scheduled May 31, 2011 at 2:00 pm for hearing on such motions. Since the last appearance, defendants Jevon Marshall and Damon Grayson have reached a plea agreement with the government and seek to vacate the briefing schedule and schedule the matter for change of plea.

Accordingly, based on the availability of counsel and the Court, defendants Jevon Marshall and Damon Grayson and the government jointly stipulate and request that the matter be placed on the Court's calendar on April 28, 2011 at 2:15 pm for change of plea.

///

///

1   The government will lodge the proposed plea agreements with the Court by close of

2   business today.  This stipulation does not affect nor apply to defendant Laveaux Derosans.

3   IT IS SO STIPULATED.

4

5   April 27, 2011                                        /s/
    DATED                                                 DEREK OWENS
                                                          Assistant United States Attorney
6

7
    April 27, 2011                                        /s/
8   DATED                                                 JULIANA DROUS
                                                          Attorney for Defendant Damon Grayson
9

10
    April 27, 2011                                        /s/
11  DATED                                                 JODI LINKER
                                                          Assistant Federal Public Defender
12                                                        Attorney for Defendant Jevon Marshall

13  As to defendants Grayson and Marshall, a change of plea hearing is set for tomorrow, **April 28, 2011, at 2:15 p.m.**, and the scheduling conference set for May 3 is vacated.  As to
14  defendant Derosans, the scheduling conference remains scheduled for May 3, at 2:00 p.m.
    IT IS SO ORDERED.
15
    April 27, 2011.
16  DATED                                                 WILLIAM H. ALSUP
                                                          United States District Judge
17

18

19

20

21

22

23

24

25

26

CR-10-0881 WHA;
STIP & [PROPOSED] ORD. RE: SCHEDULING         2