1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0881 WHA |
|---|---|---|
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| JEVON EMILE MARSHALL, DAMON CLARENCE GRAYSON, LAVEAUX DEROSANS, | ) ) ) ) | HEARING TO SEPTEMBER 6, 2011 AT 2:00 PM |
| Defendant. | ) ) | |

20

## STIPULATION

21  On April 28, 2011, defendants Jevon Marshall and Damon Grayson each entered guilty
22 pleas to counts two and three of the captioned indictment. On May 31, 2011, defendant Laveaux
23 DeRosans also entered guilty pleas to counts two and three.
24  The Court set the sentencing date for Marshall and Grayson on July 19, 2011, and the
25 sentencing for DeRosans on August 16, 2011. There have been scheduling conflicts with
26 conducting an interview between the assigned probation officer, Marshall, and Jodi Linker,
27 defense counsel for Marshall. Because of the conflict, the sentencing date will need to be
28 continued in order to allow the probation officer to compete the entire report for all the

STIP. AND ORDER
CR 10-0881 WHA

1  defendants.  Therefore, the parties hereby jointly and respectfully request the sentencing date for
2  all three defendants, Marshall, Grayson, and DeRosans be continued to September 6, 2011 at
3  2:00 p.m.
4  SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: 7/6/2011                    /s/ Derek Owens
                                   _____
                                   DEREK OWENS
                                   Assistant United States Attorney

DATED: 7/7/2011                    /s/ Jodi Linker
                                   _____
                                   JODI LINKER
                                   Attorney for Jevon Marshall

DATED: 7/8/2011                    /s/ Juliana Drous
                                   _____
                                   JULIANA DROUS
                                   Attorney for Damon Grayson

DATED: 7/7/2011                    /s/ Paul DeMeester
                                   _____
                                   PAUL DEMEESTER
                                   Attorney for Laveaux DeRosans

## ORDER

The hearing previously scheduled for Jevon Marshall and Damon Grayson on July 19, 2011, and the hearing scheduled for Laveaux DeRosans on August 16, 2011, are hereby continued to September 6, 2011 at 2:00 p.m. before the Honorable William H. Alsup.

IT IS SO ORDERED.

DATED: July 8, 2011.                    _____
                                        THE HON. WILLIAM H. ALSUP
                                        United States District Court Judge

STIP. AND ORDER
CR 10-0881 WHA                          2